UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STRIKE 3 HOLDINGS, LLC,**

    **Plaintiff,**

v.                                                   Case No.  6:22-cv-1383-CEM-DCI

**JOHN DOE SUBSCRIBER**
**ASSIGNED IP ADDRESS**
**97.100.247.125,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 13). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 18, 2022.



Copies furnished to:

Counsel of Record